United States Courts
Southern District of Texas
ENTERED

SEP 6 2005

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| PHILIP BERQUIST, | |
| Plaintiff, | Civil Action No. H-04-0376 |
| v. | |
| WASHINGTON MUTUAL BANK, F.A., | |
| Defendant. | |

### ORDER

The Court has considered Defendant's Unopposed Motion to Extend the Date for Filing the Joint Pretrial Order. The Court is of the opinion that such motion should be granted. It is, accordingly,

Ordered that the Joint Pretrial Order is now due on September 19, 2005.

SIGNED this 2nd day of September, 2005.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE